# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

BOBBI HAMMOND,

    Plaintiff,

v.

BILLING TRANSPORT LTD.
and
AMRITPAL SINGH,

    Defendants.

Case No.: 4:23-cv-00129-SEB-KMB

## ORDER

THIS CAUSE coming to be heard on the Parties' Stipulation of Dismissal, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear their own costs.

SO ORDERED.

Date: 05/23/2024

                                        *Sarah Evans Barker*

                                        SARAH EVANS BARKER, JUDGE
                                        United States District Court
                                        Southern District of Indiana

Distribution:

Service of this Order will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.